RYAN ALEXANDER
Nevada Bar No. 10845
RICHARD ENGLEMANN
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YARITZA HERNANDEZ, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company, MGM RESORTS INTERNATIONAL, a Delaware Corporation; and DOES I-X, Unknown Persons or Entities; <br> Defendants. | Case No.: 2:24-cv-725 <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Plaintiff, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

- **YARITZA HERNANDEZ**, an Individual, Plaintiff;
- **ARIA RESORT & CASINO, LLC**, a Nevada Limited Liability Company, Defendant;
- **MGM RESORTS INTERNATIONAL**, a Delaware Corporation, Defendant.

Dated this 13th of April, 2024.

RYAN ALEXANDER, CHTD.

/s/ Ryan Alexander

RYAN ALEXANDER
Nevada Bar No. 10845
*Attorney for Plaintiff*

1