AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-725-GMN-BNW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MGM RESORTS INTERNATIONAL__
was received by me on *(date)* __04/17/24__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __KRIS, AUTHORIZED TO ACCEPT__, who is designated by law to accept service of process on behalf of *(name of organization)* __RA: CORPORATION SERVICE COMPANY__
__AT 112 NORTH CURRY STREET CARSON CITY, NV 89703__ on *(date)* __04/19/24 @ 10:05 A.M.__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/22/24__

*Server's signature*

__JON SALISBURY, PROCESS SERVER, 2100C__
*Printed name and title*

LV PROCESS AND INVESTIGATIONS, LLC
7181 N. HUALAPAI WAY, STE. 130 #9
LAS VEGAS, NV 89166
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT; FIRST AMENDED COMPLAINT
JOB# 28640

Print    Save As...    Reset