Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: dhowell@mgmresorts.com
spettitt@mgmresorts.com
*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company, MGM RESORTS INTERNATIONAL, a Delaware Corporation; and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | CASE NO.: 2:24-cv-00725<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendants MGM Resorts International and ARIA Resort & Casino, LLC (collectively, "Defendants"), may have additional time, two weeks, up to and including Friday, May 24, 2024, within which to answer or otherwise respond to plaintiff's complaint.

Good cause exists for this extension as the parties have been engaged in early settlement discussions and required additional time to identify whether an early settlement could be reached. Additionally, counsel for the parties have discussed defendants' intent to file a motion to dismiss. The parties require additional time to meet and confer regarding the motion in order to determine if stipulations can be reached on any points intended to be raised.

1

IT IS FURTHER STIPULATED that the appearance of Defendants in furtherance of submitting this stipulation and order to extend time, shall not constitute a waiver of any defenses including jurisdictional defenses.

This is the first stipulation for an extension of time to file Defendants' responsive pleadings. This Stipulation is made in good faith and not for purposes of improper delay.

DATED this 9th day of May, 2024.

RYAN ALEXANDER, CHTD

*/s/ Ryan Alexander*
RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
*Attorney for Plaintiff*

DATED this 9th day of May, 2024.

MGM RESORTS INTERNATIONAL

*/s/ Scott R. Pettitt*
Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
*Attorneys for Defendant*

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Friday, May 24, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

2