Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: dhowell@mgmresorts.com
spettitt@mgmresorts.com
*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company, MGM RESORTS INTERNATIONAL, a Delaware Corporation; and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | CASE NO.: 2:24-cv-00725<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants MGM Resorts International and Aria Resort & Casino, LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Aria Resort & Casino, LLC is a Nevada limited liability company and wholly owned subsidiary. MGM Resorts International is the ultimate parent company of Aria Resort & Casino, LLC.

MGM Resorts International is organized in the State of Delaware. MGM Resorts

1

International has no parent company, and no publicly held corporation owns 10% or more of its stock.  MGM Resorts International (MGM) is a publicly traded corporation.

There are no known other interested parties other than those participating in this case.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 24th day of May, 2024.

MGM RESORTS INTERNATIONAL

*/s/ Scott R. Pettitt*_____
Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
*Attorneys for Defendant*