RYAN ALEXANDER
Nevada Bar No. 10845
RICHARD ENGLEMANN
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an Individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company, MGM RESORTS INTERNATIONAL, a Delaware Corporation; and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:24-cv-725-GMN-BNW<br>Hon. Gloria M. Navarro<br><br>**STIPULATION AND ORDER REGARDING THE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**FIRST REQUEST** |

　　　Through their respective undersigned counsel, Plaintiff YARITZA HERNANDEZ and Defendants ARIA RESORT & CASINO, LLC, and MGM RESORTS INTERNATIONAL, hereby stipulate to extend the time for Plaintiff to file her Opposition to Defendants' Motion To Dismiss Plaintiff's First Amended Complaint to June 17, 2024.

　　　This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**

| | |
|---|---|
| RYAN ALEXANDER, CHTD.<br><br>_____<br>Ryan Alexander, Esq. (Bar No. 10845)<br>Richard Englemann, Esq. (Bar No. 6965)<br>*Attorneys for Plaintiff* | MGM RESORTS INTERNATIONAL<br><br>*/s/ Scott Pettitt*<br>Dana L. Howell, NV Bar # 11607<br>Scott R. Pettitt, NV Bar # 11682<br>*Counsel for Defendants* |

**IT IS SO ORDERED:**

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that pursuant to Fed. R. Civ. P. 5, I served via electronic service via CM/ECF a true and correct copy of the foregoing STIPULATION AND ORDER REGARDING THE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT addressed to:

☒ CM/ECF – Electronic service.

Richard Englemann    renglemann@lawhjc.com, srose@lawhjc.com

Ryan Alexander    ryan@ryanalexander.us, genesis@ryanalexander.us, jennifer@ryanalexander.us, monica@ryanalexander.us, richard@ryanalexander.us

Scott Pettitt    spettitt@mgmresorts.com, dhowell@mgmresorts.com, laborandemployment@mgmresorts.com, mgm.spettitt@gmail.com, tgoddard@mgmresorts.com

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct. Executed on 4th of June, 2024 in Las Vegas, Nevada.

*/s/Ryan Alexander*
_____
RYAN ALEXANDER
*Attorney for Plaintiff*

**Order**

_____
UNITED STATES DISTRICT JUDGE

Dated: This __10__ day of June 2024