RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
Ryan@RyanAlexander.us
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an Individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company, MGM RESORTS INTERNATIONAL, a Delaware Corporation; and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-725-GMN-BNW<br>Hon. Gloria M. Navarro<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Come now Ryan Alexander and Richard Englemann, Esq. of RYAN ALEXANDER, CHTD., and submit this motion to withdraw as counsel for the Plaintiff. This motion is based on the following points and authorities and the Declaration of Ryan Alexander, Esq.

## POINTS AND AUTHORITIES

D. Nev. L.R. IA 10-6 states that, "No attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." Rule 1.16(b) of the Nevada Rules of Professional Conduct states in pertinent part that an attorney may be allowed to withdraw from representing a client if:

 (1) Withdrawal can be accomplished without material adverse effect on the interests of the client;

 (2) The client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent;

 (3) The client has used the lawyer's services to perpetrate a crime or fraud;

1

(4) A client insists upon taking action that the lawyer considers repugnant or with which the lawyer has fundamental disagreement;

(5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(7) Other good cause for withdrawal exists.

NRPC 1.16.

      Plaintiff is a resident of Clark County, Nevada. Counsel believes that withdrawal will not have a material adverse effect on the Plaintiff's claims. Discovery is stayed, with a Motion to Dismiss pending which already has Plaintiff's Opposition docketed. The Plaintiff insists on litigation posture with which Counsel fundamentally disagrees. Plaintiff was notified of Counsel's intention to withdraw and to seek new counsel. Continued representation will result in an unreasonable financial burden on counsel. A complete copy of the file will be mailed to the Plaintiff at her last known address: 4707 Fiesta Way, Las Vegas, NV 89121. For the above and foregoing reasons, Ryan Alexander, Esq. and Richard Englemann, Esq. respectfully request that they be permitted to withdraw as counsel for Defendant.

DATED this 30th of July, 2024.

RYAN ALEXANDER, CHTD.

_____
RYAN ALEXANDER
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
*Attorney for Plaintiff*

**SUPPORTING DECLARATION OF RYAN ALEXANDER**

RYAN ALEXANDER, being first duly sworn deposes and says:

1. I am an attorney at law duly licensed to practice in the State of Nevada and am counsel for the Plaintiff.

2. The client insists on litigation posture with which Counsel fundamentally disagrees.

3. Plaintiff was notified of Counsel's intention to withdraw and to seek new counsel.

4. Continued representation will result in an unreasonable financial burden on counsel.

5. A complete copy of the case file will be mailed to her last known address: 4707 Fiesta Way, Las Vegas, NV 89121.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this 30th day of July, 2024.

_____
RYAN ALEXANDER

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th of July, 2024, pursuant to Fed. R. Civ.P. 5, I served via electronic service via CM/ECF a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL, addressed to:

☒ CM/ECF – Electronic service.
Scott Pettitt   spettitt@mgmresorts.com, dhowell@mgmresorts.com, laborandemployment@mgmresorts.com, mgm.spettitt@gmail.com, tgoddard@mgmresorts.com

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

Yaritza Hernandez
4707 Fiesta Way
Las Vegas, NV 89121

*/s/Ryan Alexander*

An Employee of Ryan Alexander, Chtd.