CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

FILED _____ ENTERED _____
RECEIVED _____ SERVED ON _____
...TIES OF RECORD

AUG 28 2024

CLERK U.S. ...
DISTRICT OF NE...
BY: _____

LAS VEGAS NV 890
20 AUG 2024 PM 4

Yaritza Hernandez
4707 Fiesta Way
Las Vegas, NV 89121

NIXIE      891      FE 1           0008/27/24
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 8910170 6934          *0914-06275-21-07*

quadient
FIRST-CLASS MAIL
IMI
$000.69
08/20/2024 ZIP 89101
043M31229339
US POSTAGE

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
Message-Id:<11632934@nvd.uscourts.gov>
Subject:Activity in Case 2:24-cv-00725-GMN-BNW Hernandez v. MGM Resorts International et al
Order on Motion to Withdraw as Attorney
Content-Type: text/html
```



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 8/15/2024 at 4:33 PM PDT and filed on 8/15/2024
**Case Name:**        Hernandez v. MGM Resorts International et al
**Case Number:**      [2:24-cv-00725-GMN-BNW](#)
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 8/15/2024. ORDER granting [25] Motion to Withdraw as Attorney. Ryan Alexander and Richard Englemann are withdrawn from the case. Plaintiff must file a Status Report by 9/30/2024 indicating whether she has retained new counsel or will represent herself pro se. (no image attached) (Copies have been distributed pursuant to the NEF - ANS)**

**2:24-cv-00725-GMN-BNW Notice has been electronically mailed to:**

Richard Englemann     renglemann@lawhjc.com, srose@lawhjc.com

Ryan Alexander     ryan@ryanalexander.us, genesis@ryanalexander.us, jennifer@ryanalexander.us, monica@ryanalexander.us, richard@ryanalexander.us

Scott Pettitt     spettitt@mgmresorts.com, dhowell@mgmresorts.com, laborandemployment@mgmresorts.com, mgm.spettitt@gmail.com, tgoddard@mgmresorts.com