1  Your name: YARITZA HERNANDEZ
2  Address: 4707 FIESTA WAY
3  LAS VEGAS, NV 89121
4  Phone Number: 725-298-2240
5  E-mail Address: KINCAIDYARI@GMAIL.COM
6  Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

YARITZA HERNANDEZ

Plaintiff,

vs.

ARIA RESORT & CASINO, LLC a Nevada Limited Liability Company, MGM RESORTS INTERNATIOANAL, a Delaware Corporation; and DOES I through SX, inclusive, and ROE CORPORATION I-X, inclusive

Defendant.

Case Number: 2:24-cv-725-GMN-BNW

**MOTION TITLE:**

SELF-REPRESENTATION and REQUEST FOR A NEW/DIFFERENT JUDGE to handle my case

## I. INTRODUCTION

*[Briefly explain who you are and summarize what you are asking the court to decide.]*

PLAINTIFF, YARITZA HERNANDEZ, self-represented, submits this motion based upon the following Memorandum of points & authorities; the pleadings and papers on file in this case; the attached exhibits here to, if any; and the argument allowed by the court at the time of hearing.

Page 1 of 4

## II. ISSUES TO BE DECIDED

*[Write each question or request that you are asking the court to decide in this motion. There may be one issue, or more. See the instructions for examples.]*

1. I present this motion to represent myself in court Infront a judge.

2. I respectfully ask the court to please assigned a new judge to my case. Since I feel I have not enough support or effort from the current judge.

3. _____

4. _____

5. _____

## III. MEMORANDUM OF POINTS AND AUTHORITIES

### A. Statement of Facts

*[Write the facts relevant to the motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the instructions for more detail.]*

Page 2 of 4

I had summited my evidence for my case to the court, however the judge wasn't able to view them. I do not understand why she wasn't able to view them. My lawyer on the other hand didn't do anything about it. This is very frustrating.

**B. Argument**

*[You should have an argument section for each issue that you listed on page 2. Explain why the court should rule in your favor on each issue. Provide facts and case law or statutes if you have any. Add more pages as needed, keeping in mind the applicable page limits in the instructions.]*

The evidence was presented to the judge, but she keeps stating that she could not see them and just wanted to offer me not a reasonable offer to settle my case.

The lawyer on the other hand just didn't know what to do since the judge weren't able to see the evidence. At this point I feel like no one cares about my case and time is running out I need this to be resolved.

1 | Thank you for attention on this matter

[You must sign and date.]

Respectfully submitted,

Date: 08/27/2024     Sign Name: [signature]

Print Name: YARITZA HERNANDEZ