UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MGM RESORTS INTERNATIONAL, *et al.*, )<br>)<br>Defendants. )<br>) | Case No.: 2:24-cv-00725-GMN-BNW<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Recusal of Judge, ECF No. 28. Plaintiff does not specify which judge the Motion is referring to, but the Court construes the Motion to be in reference to Magistrate Judge Koppe, who held an Early Neutral Evaluation session on July 30, 2024. It is the standard procedure in this District for the Magistrate Judge presiding over an Early Neutral Evaluation session to no longer address motions filed in a case after a settlement hearing occurs. As such, Magistrate Judge Koppe is no longer involved with this case and therefore cannot rule on any future motions.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Recusal of Judge is DENIED AS MOOT.

The Clerk of Court is kindly request to mail a copy of this Order to Plaintiff's address listed on the docket: 4707 Fiesta Way, Las Vegas, NV 89121.

**DATED** this   27   day of September, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT