1 | Your name: Yaritza Hernandez
2 | Address: 4800 E. Charleston Blvd,
3 | APT#2, Las Vegas NV 89104
4 | Phone Number: (725)298-2240
5 | E-mail Address: Kincaidyari@gmail.com
6 | Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Yaritza Hernandez

Plaintiff,

vs.

ARIA RESORT & CASINO LLC, a Nevada Limited Liability Co.

Defendant.

Case Number: 2:24-CV-725-GMN-BNW

[Name] Yaritza Hernandez

NOTICE OF CHANGE OF [check box]:

☒ ADDRESS
☒ PHONE NUMBER
☒ EMAIL

As of [date of change] 10-22-2024, my contact information has changed [check box and fill in]:

☐ Address: 4800 E. Charleston Blvd, APT#2, Las Vegas N.V. 89104
☐ Phone number: (725)298-2240
☐ Email: Kincaidyari@gmail.com

Date: 10-22-2024   Signature: /s/ Yaritza Hernandez
Printed name: Yaritza Hernandez
Pro Se

PAGE __ OF __