**YARITZA HERNANDEZ**
4800 E CHARLESTON BLVD Apt #2
LAS VEGAS, nv 89104
Tel: 725-298-2240
Email: kincaidyari@gmail.com



October 22, 2022

<u>SEND/FILED IN PERSON</u>
UNITED STATES DISTRICT COURT
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Re: <u>Request for New Judge and Jury Assignment, CASE No: 2:24-cv-00725-GMN-BNW</u>

To whom it may concern:

I am writing to respectfully request that my case be reassigned to a different judge and that I be afforded the opportunity for a jury trial. I believe my rights have not been fully respected, and I would like to outline the reasons for my concerns:

1. **Impartiality Concerns**: I believe my case has not been treated impartially, with a noticeable bias in favor of MGM Resorts. As a result, I feel that working with the same judge compromises my right to a fair trial.

2. **Issues with Evidence Review**: The judge did not adequately review the evidence I presented. On multiple occasions, my ex-lawyer, Ryan Alexander, submitted the necessary documents, but the judge claimed she could not view them on her screen. I believe this is unreasonable given the advanced government systems that should allow access to all documents and evidence.

3. **Inappropriate Behavior**: The judge appeared to rush the proceedings and did not give proper consideration to my testimony or the evidence I submitted. Her conduct felt dismissive and disrespectful, as she even stated that my case was "not worth it."

4. **Disrespectful Comments**: I was told by the judge that I was not "in my senses" regarding my case. I never specified an amount for my claim but merely discussed with my lawyer similar cases in other states, such as Chicago, which I was notified about via federal court communications.

Given these concerns, I am requesting that a new, impartial judge be assigned to my case and that I be given the right to a jury trial. I believe that this is necessary to ensure my federal constitutional rights are upheld and that I am provided a fair opportunity to present my case. I will also request you to please forward me any correspondence via email and to my physical address.

Thank you for your consideration of this request.

Sincerely,

*Yaritza Hernandez*
YARITZA HERNANDEZ

Case No.: 2:24-CV-725-GMN-BNW