UNITED STATED DISTRICT COURT OF NEVADA



Case No.:2:24-CV-00725-GMN-BNW

Yaritza Hernandez

Whom May concern:

On my last hearing I was not allowed it to present my proof of documents about my lawsuit against Aria MGM Resorts with the Judge Koppe, cause she said on Her Computer cannot see it, even my Ex Lawyer Alexander send it twice, I have proof that I was not having points on my File where I was working at Aria MGM Resorts, I have the documents to Proof that the company Aria MGM Resorts are not been Fair on my approved already of FMLA before they Fired me, even I have the Emails of Human Resources to let me know what they did it wrong, cause once it gets approved your points disappear on the system automatically, even on my File where I was working it shows Zero points, but the Company Aria MGM Resorts are been denying, knowing it's against the Law for trespassing my rights.

First Amendments of Complaint
CLAIMS FOR RELIEF
1)Violation of the Medical Leave Act
2)Discrimination -NRS 613.330
3)Negligent Infliction of Emotional Distress
4)Trespassing my Rights.

PARTIES

1.Plaintiff Yaritza Hernandez is in individual resident of Clark County, Nevada.
2.Defendant ARIA&MGM RESORTS CASINOS LLC, is a Nevada Limited Liability Company doing business in Clark County, State of Nevada.