UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>MGM RESORTS INTERNATIONAL, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-00725-GMN-BNW<br><br>**ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |

　　　Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 35), from United States Magistrate Judge Brenda K. Weksler. Because the First Amended Complaints lacks sufficient factual allegations to plausibly state claims for FMLA interference; negligent infliction of emotional distress ("NIED"); negligent hiring; and negligent training, retention, and supervision, the Magistrate Judge recommends GRANTING, in part, the pending Motion to Dismiss, (ECF No. 13), and dismissing these causes of action with leave to amend. Plaintiff's remaining claims plausibly allege disability discrimination in violation of the ADA and state law, so the Magistrate Judge recommends DENYING, in part, Defendant's Motion to Dismiss and allowing the claims to proceed. The Magistrate Judge Ordered that this case be referred to the Federal Pro Bono Program and recommends that the case be stayed pending appointment of pro bono counsel.

　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the

findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

No objections to the R&R were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 35) (setting a February 21, 2025, deadline for objections).

For the reasons set forth in Magistrate Judge Weksler's R&R,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 35), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 13) is **GRANTED, in part,** and **DENIED, in part**.

**IT IS FURTHER ORDERED** that Defendant MGM Resorts International be **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for FMLA Interference, NIED, and Negligent Hiring, Retention, and Supervision are **DISMISSED** with leave to amend. Plaintiff's claims for ADA Failure to Accommodate and Violation of NRS § 613.330 may proceed as pled.

**IT IS FURTHER ORDERED** that Plaintiff's prayer for punitive damages be **STRICKEN** with leave to amend.

///

///

///

///

1  **IT IS FURTHER ORDERED** that this case be **STAYED** pending appointment of
2  pro bono counsel.  The Clerk of Court is kindly directed to stay the case.
3
4  Dated this __26__ day of February, 2025.
5
6  _____
7  Gloria M. Navarro, District Judge
   United States District Court