Scott R. Pettitt, NV Bar # 11682
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
*Attorney for Defendant Aria Resort & Casino, LLC*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company, MGM RESORTS INTERNATIONAL, a Delaware Corporation; and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | CASE NO.: 2:24-cv-00725<br><br>**MOTION TO LIFT STAY** |

Defendant ARIA RESORT & CASINO, LLC ("*Aria*") hereby moves to lift the stay imposed by the Court's Order of February 26, 2025 (ECF 36) because the stay is a hinderance to the prompt resolution of the action and Plaintiff has demonstrated an intent to proceed in the absence of pro bono counsel. This Motion is based on the attached Memorandum of Points and Authorities.

DATED: April 7, 2025

**MGM RESORTS INTERNATIONAL**

*/s/ Scott R. Pettitt*

Scott R. Pettitt, NV Bar # 11682
*Attorney for Defendant Aria Resort & Casino, LLC*

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. RELEVANT PROCEDURAL HISTORY

On May 25, 2024, Defendants filed a motion to dismiss (ECF 13). On June 6, 2024 the Court entered an order granting a stay of discovery pending resolution of the motion to dismiss. *See*, ECF 18. On February 7, 2025, the United States Magistrate Judge, Hon. Brenda Weksler, entered an Order and Report and Recommendation (ECF 35) recommending that Defendants' motion to dismiss be granted in part and denied in part with leave to amend. Further, the case was referred to the Federal Pro Bono Program with recommendation that the case be stayed pending appointment of pro bono counsel. On February 26, 2025, the Court entered an order accepting and adopting in full the recommendations, including that the case be stayed pending appointment of pro bono counsel. *See*, ECF 36.

On March 13, 2025, Plaintiff pro se filed her Fifth Amended Complaint (ECF 37). On March 20, 2025, Plaintiff filed her Sixth Amended Complaint (ECF 38). On March 27, 2025 Plaintiff filed her Seventh Amended Complaint (ECF 39). Each filing was performed by Plaintiff without legal representation. Pro bono counsel has not appeared in this action, and the case remains stayed.

## II. ARGUMENT

"A district court has discretionary power to stay proceedings in its own court[.]" *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005). Accordingly, "[t]he corollary to this power is the ability to lift a stay previously imposed." *Johnson v. JP Morgan Chase Bank, N.A.*, 2019 U.S. Dist. LEXIS 77977, 2019 WL 2004140, at *2 (C.D. Cal. Jan. 25, 2019) (quoting *Boyle v. Cty. of Kern*, 2008 U.S. Dist. LEXIS 5592, 2008 WL 220413, at *5 (E.D. Cal. Jan. 25, 2008)). A stay may be lifted when it is evident that it has become a hinderance to the case. See, e.g., *Castillo v. Western Range Ass'n*, 2024 U.S. Dist. LEXIS 60553, *4

A stay is currently a hinderance to this case. Plaintiff has demonstrated an intent to proceed pro se by filing multiple amended complaints, even though the court has stayed the matter pending appointment of pro bono counsel. It should be noted that Plaintiff never requested appointment of pro bono counsel and now seems eager to represent herself. Thus, lifting the stay and allowing

2

the matter to proceed in the ordinary course will allow the parties to move forward towards resolution of this action.

Additionally, due to the stay, Defendant is unable to move to strike or otherwise respond to the multiple amended complaints filed by Plaintiff in violation of the stay order. Lifting the stay would allow Defendant to move to strike the offending complaints and allow Plaintiff to properly re-file an amended complaint as the Court granted her leave to do in its February 26, 2025 Order (ECF 36). Alternatively, the Court could *sua sponte* strike the Fifth and Sixth Amended Complaints, allow the Seventh Amended Complaint to stand as the operative complaint, lift the stay and impose a deadline for response to the Seventh Amended Complaint.

### III.    CONCLUSION

For the reasons set forth above, Defendant respectfully requests that the stay be lifted.

DATED:  April 7, 2025                              Respectfully submitted,

*/s/ Scott R. Pettitt*

Scott R. Pettitt, NV Bar # 11682
*Attorney for Defendant Aria Resort & Casino, LLC*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2025, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF, and depositing same in the United States mail via Certified Mail and U.S. First Class Mail, to the persons and addresses listed below:

Yaritza Hernandez
4800 E. Charleston Blvd., Apt. 2
Las Vegas, NV 89104
kincaidyari@gmail.com
*Plaintiff Pro Se*

**MGM RESORTS INTERNATIONAL**

*/s/ Mike Brooks*
Mike Brooks
*Employee of MGM Resorts International*

4