**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Yaritza Hernandez,<br><br>           Plaintiff,<br><br>     v.<br><br>Aria Resort & Casino, LLC,<br><br>           Defendant. | Case No. 2:24-cv-00725-GMN-BNW<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

The Court previously referred this case to the Pro Bono Program ("Program") adopted in the Third Amended General Order 2019-07 for the purpose of screening for financial eligibility and identifying pro bono counsel.  ECF No. 35. The Court has been informed that pro bono counsel has been identified. Attorney J.P. Kemp is hereby appointed as counsel for Plaintiff. **The scope of the appointment is for consultation purposes only.** Accordingly,

**IT IS ORDERED** that J.P. Kemp is hereby appointed as pro bono counsel for Plaintiff under the United States District Court for the District of Nevada's Pro Bono Program.

**IT IS FURTHER ORDERED** that Mr. Kemp, as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that the Clerk of Court assign a PROBONO case flag and add Mr. Kemp to the docket as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that Mr. Kemp will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

//
//
//
//
//

1   **IT IS FURTHER ORDERED** that within 14 days after completion of legal services, Mr.
2   Kemp must submit a Notice of Completion Form to the Pro Bono Liaison.

4   DATED: April __8__, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE