1  JAMES P. KEMP, ESQ.
   Nevada Bar No. 006375
2  VICTORIA L. NEAL, ESQ.
   Nevada Bar No. 13382
3  KEMP & KEMP ATTORNEYS AT LAW
   7435 West Azure Drive, Suite 110
4  Las Vegas, NV 89130
5  (702) 258-1183 / (702) 258-6983 Fax
   jp@kemp-attorneys.com
6  vneal@kemp-attorneys.com

7  Attorneys for Plaintiff
8  *Yaritza Hernandez*

9              **UNITED STATE DISTRICT COURT**
10                  **DISTRICT OF NEVADA**

| | |
|---|---|
| YARITZA HERNANDEZ, | Case No.: 2:24-cv-725-GMN-BNW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; and Does 1 through X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

   **COMES NOW** JAMES P. KEMP, ESQ., of the law firm of KEMP & KEMP, and hereby enters his appearance as counsel of record for Plaintiff in the above-captioned civil action. The undersigned requests that all pleadings, notice and other papers in this matter be served upon her on behalf of Plaintiff.

   Dated the 26th day of May 2025.

                                    /s/ James P. Kemp, Esq.
                                    JAMES P. KEMP, ESQ.
                                    Attorney for Plaintiff *Yaritza Hernandez*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the NOTICE OF APPEARANCE was served on the following as indicated:

All Parties Registered
Through the CM/ECF system.

Dated this 26th day of May 2025.

/s/ James P. Kemp, Esq.
An employee of KEMP & KEMP, Attorneys at Law