JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS, P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*ARIA Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00725-GMN-BNW<br><br>**DEFENDANT ARIA RESORT & CASINO, LLC'S SUBSTITUTION OF COUNSEL** |

Pursuant to LR IA 11-6(c), Defendant ARIA Resort & Casino, LLC hereby substitutes Joshua A. Sliker, Esq., of Jackson Lewis P.C., 300 S. Fourth Street, Suite 900, Las Vegas, Nevada 89101, as its attorney of record in the above captioned matter, in the place of Scott R. Pettitt, Esq., Nevada Bar No. 11682, MGM Resorts International, 6770 South Edmond Street, Las Vegas< Nevada 89118.

Dated: 5/28/2025

_____
Scott R. Pettitt, Esq.
As a representative of ARIA Resort & Casino, LLC

1

Scott R. Pettitt, Esq., MGM Resorts International, agrees and consents to the substitution of Joshua A. Sliker, Esq. of Jackson Lewis P.C. as counsel for Defendant ARIA Resort & Casino, LLC in the above referenced matter.

Dated: 5/28/2025

SCOTT R. PETTITT, ESQ.
Nevada Bar No. 11682
MGM RESORTS INTERNATIONAL
6770 South Edmond Street
Las Vegas, Nevada 89118

Joshua A. Sliker of Jackson Lewis P.C. is admitted to practice law in the State of Nevada, is in good standing, and hereby accepts substitution as counsel for Defendant ARIA Resort & Casino, LLC in the above referenced matter.

Dated: 05/28/2025

JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 28th day of May, 2025, I caused to be served via the Court's electronic filing and service system, a true and correct copy of the above foregoing **DEFENDANT ARIA RESORT & CASINO, LLC'S SUBSTITUTION OF COUNSEL** properly addressed to the following:

James P. Kemp, Esq.
jp@kemp-attorneys.com
Victoria L. Neal, Esq.
vneal@kemp-attorneys.com
KEMP & KEMP
7435 W. Azure Drive
Suite 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiff*

/s/ Kimberley Chapman
Employee of Jackson Lewis P.C.

3