JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Yaritza Hernandez*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; and Does 1 through X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>      Defendants. | Case No.: 2:24-cv-725-GMN-BNW<br><br>**PLAINTIFF'S STATUS REPORT** |

  Plaintiff YARITZA HERNANDEZ, by and through his counsel, James P. Kemp, Esq., and Victoria L. Neal, Esq., of KEMP & KEMP, ATTORNEYS AT LAW, provides the following Status Report to inform the Court of the status of case now that Pro Bono Counsel has made an appearance.

On May 26, 2025, James P. Kemp, Esq1., and Victoria L. Neal. Esq. filed their Notice(s) of Appearance on behalf of Plaintiff. (ECF Nos. 43 and 44.)

The parties have engaged in communications, telephonically and in writing, to reach a stipulation as to how to proceed in this matter. As of this filing, the parties have been unable to reach a consensus on language for a stipulation and may have a fundamental disagreement that precludes a stipulation. However, Plaintiff's counsel believes a stipulation can still be reached which would be less onerous for the parties and the Court.[2]  Plaintiff has asked the Defendant to consent in writing to Plaintiff filing a Second Amended Complaint and to do so by close of business today. Plaintiff has yet to hear from Defense counsel, Mr. Josh Sliker, Esq.[3]

Regardless of the vehicle necessary to get this case back on track, Plaintiff's counsel will need up to and including July 9, 2025, to draft the Second Amended Complaint to be submitted with either a stipulation or motion. Plaintiff's counsel, both Mr. Kemp and Ms. Neal, are preparing for trial with a firm start date of June 16, 2025.[4]  That trial will last the week of June 16, 2025, and partially the week June 23, 2025. Plaintiff's counsel believes the Second Amended Complaint and a Stipulation[5], or the Second Amended Complaint and a Motion for Leave of Court to File a Second Amended Complaint can be filed by July 9, 2025.[6]  This date considers Plaintiff's counsel's trial schedule, as well as the Fourth of July holiday.

…

---

1 Mr. Kemp had been appointed as Pro Bono Counsel by the Court on April 8, 2025, for the *limited* purpose of consultation purposes only.

2 The motion would Leave of Court To File A Second Amended Complaint. Plaintiff's counsel believes the Court's February 26, 2025, Order, allowing an amended complaint and placing the case in a stay until pro bono counsel appeared in the case, is sufficient. Defendant believes that Plaintiff must seek leave to file an amended complaint because while not being represented and the case in stay, Plaintiff filed amended complaints.

3 Defendant filed a Substitution of Counsel on May 28, 2025. (ECF No. 45.)

4 Kemp & Kemp were also preparing for and in trial in May. That trial ended with a verdict for Plaintiff on May 23, 2025.

5 Plaintiff's counsel will file a stipulation before July 9, 2025, if/when one is reached.

6 Defendant has two pending motions. At ECF No. 40, is Defendant's Motion to Lift Stay of Case, filed April 7,

2

Should the Court want additional information, including a complete timeline and supporting documentation, the Plaintiff will be happy to provide what is required.

Dated this 5th day of June.

          /s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130

Attorneys for Plaintiff
*Yaritza Hernandez*

---

2025, and ECF No. 42 is Defendant's Second Motion to Dismiss Amended Complaint filed April 23, 2025.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the PLAINTIFF'S STATUS REPORT was served on the following as indicated:

All Parties Registered
Through the CM/ECF system.

Dated this 5th day of June.

                 /s/ Victoria L. Neal, Esq.
                 An employee of KEMP & KEMP