JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant ARIA Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YARITZA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00725-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Yaritza Hernandez and Defendant ARIA Resort & Casino, LLC, by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its response to the Second Amended Complaint (ECF No. 49) to **July 31, 2025**. This is the first stipulation for extension of the deadline to respond to the Second Amended Complaint.

Good cause warrants the stipulated extension. The Second Amended Complaint was filed on July 8, 2025. (ECF No. 49.) This would give Defendant until July 22, 2025, to respond to the complaint. *See* Fed. R. Civ. P. 15(a)(3). But one of Defendant's counsel of record is out of the office and would not return until July 23, 2025. And another counsel of record for Defendant is new to this case and will need additional time to familiarize himself with the case. Defendant will therefore need the extension to adequately prepare a response to the complaint. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim,

defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated this 17th of July, 2025.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ *James P. Kemp* | /s/ *I-Che Lai* |
| James P. Kemp | Joshua A. Sliker |
| Nevada Bar No. 6375 | Nevada Bar No. 12493 |
| Victoria L. Neal | I-Che Lai |
| Nevada Bar No. 13382 | Nevada Bar No. 12247 |
| 7435 West Azure Drive, Suite 110 | 300 South Fourth Street, Suite 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Yaritza Hernandez* | *ARIA Resort & Casino, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

4903-8917-8966, v. 1