JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant*
*Aria Resort & Casino, LLC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an individual, | Case No.2:24-cv-00725-GMN-BNW |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ARIA RESORT & CASINO, LLC** |
| v. | |
| ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that I-Che Lai of the law firm of Jackson Lewis P.C., 300 S. Fourth Street, Suite 900, Las Vegas Nevada 89101, will serve as additional counsel for Defendant Aria Resort & Casino, LLC in this case. This Notice is to ensure that Defendant's counsel receives notice of any filings made in this case with the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

1  All pleadings, correspondence, filings, and other case-related information should be served upon Mr. Sliker and Mr. Lai as follows:

    Joshua A. Sliker
    I-Che Lai
    JACKSON LEWIS P.C.
    300 S. Fourth Street, Suite 900
    Las Vegas, NV 89101
    Email: joshua.sliker@jacksonlewis.com
    Email: i-che.lai@jacksonlewis.com

DATED this 6th day of August, 2025.

                                            JACKSON LEWIS P.C.

                                            */s/ I-Che Lai*
                                            JOSHUA A. SLIKER, ESQ.
                                            Nevada Bar No. 12493
                                            I-CHE LAI ESQ.
                                            Nevada Bar No. 15080
                                            300 S. Fourth Street, Suite 900
                                            Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 6th day of August, 2025, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ARIA RESORT & CASINO, LLC** properly addressed to the following:

James P. Kemp
Victoria L. Neal
KEMP & KEMP
7435 West Azure Drive
Suite 110
Las Vegas, Nevada 89130

*Attorney for Plaintiff*

                                                            */s/ Rebecca Portelli*
                                                            Employee of Jackson Lewis P.C.