Joshua A. Sliker
Nevada Bar No. 12493
I-Che Lai
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant ARIA Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YARITZA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00725-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and IA 6-2 and 26-3, Plaintiff Yaritza Hernandez and Defendant ARIA Resort & Casino, LLC, by and through their respective counsel of record, stipulate to extend discovery by ninety days. This is the first stipulation for extension of pre-trial deadlines. In support of this stipulation, the parties provide the following:

**A.    Discovery Completed to Date.**

To date, the parties have completed the following discovery:

1.    July 23, 2024: Plaintiffs' Fed. R. Civ. P. 26(a)(1) initial disclosure;

2.    September 2, 2025: Plaintiff's first set of requests for admission to Defendant;

3.    December 1, 2025: Plaintiff's first set of interrogatories to Defendant;

4.    December 1, 2025: Plaintiff's first set of requests for production to Defendant;

5.    October 24, 2025: Defendant's Fed. R. Civ. P. 26(a)(1) initial disclosure;

6.    October 24, 2025: Defendant's response to Plaintiff's first set of interrogatories to Defendant;

7.   October 24, 2025: Defendant's response to Plaintiff's first set of requests for production to Defendant;

8.   November 14, 2025: Defendant's first set of interrogatories to Plaintiff;

9.   November 14, 2025: Defendant's first set of requests for production to Plaintiff; and

10.  December 15, 2025: Plaintiff's response to Defendant's first set of requests for production to Plaintiff.

11.  December 15, 2025: Plaintiff's response to Defendant's first set of interrogatories to Plaintiff.

**B.     Discovery Which Still Needs to Occur.**

The parties expect to complete the following discovery:

1.   Defendant's deposition of Plaintiff;

2.   Plaintiff's deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness; and

3.   any additional subpoenas, depositions, and written discovery as needed.

**C.     Reasons Why Discovery Has Not Been Completed.**

The parties have been working diligently to complete discovery. The recent holidays limited the availability of the parties and their counsel and made it difficult to schedule and complete depositions within the current discovery deadlines. Plaintiff has recently indicated that she is unavailable for a deposition before the current discovery cutoff. This is why the parties are seeking an extension of discovery within twenty-one days of the current discovery cutoff. There is therefore good cause to extend discovery to accommodate the need to complete the remaining discovery.

**D.     Proposed Schedule for Completing Remaining Discovery.**

The parties propose a ninety-day extension of the following pre-trial deadlines:

1.   **Discovery Cut-Off Date:** The January 27, 2026, discovery cut-off date shall be extended to **April 27, 2026**.

2.   **Dispositive Motions:** The February 26, 2026, dispositive motions deadline shall be extended to **May 27, 2026,** which is thirty days after the extended discovery

cutoff.

3. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty days after the extended date set for the filing of the dispositive motions, which is **June 26, 2026**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dipositive motions or by further order of the Court.

Dated: January 14, 2026

KEMP & KEMP                                JACKSON LEWIS P.C.

/s/ James P. Kemp                          */s/ I-Che Lai*
James P. Kemp                              Joshua A. Sliker
Nevada Bar No. 6375                        Nevada Bar No. 12493
Victoria L. Neal                           I-Che Lai
Nevada Bar No. 13382                       Nevada Bar No. 12247
7435 West Azure Drive, Suite 110           300 South Fourth Street, Suite 900
Las Vegas, Nevada 89130                    Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Yaritza Hernandez*                        *ARIA Resort & Casino, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __January 15, 2026_____