Joshua A. Sliker
Nevada Bar No. 12493
I-Che Lai
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant ARIA Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YARITZA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00725-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and IA 6-2 and 26-3, Plaintiff Yaritza Hernandez and Defendant ARIA Resort & Casino, LLC, by and through their respective counsel of record, stipulate to extend discovery by sixty days. This is the second stipulation for extension of pre-trial deadlines. In support of this stipulation, the parties provide the following:

**A.      Discovery Completed to Date.**

To date, the parties have completed the following discovery:

1.      July 23, 2024: Plaintiffs' Fed. R. Civ. P. 26(a)(1) initial disclosure;

2.      September 2, 2025: Plaintiff's first set of requests for admission to Defendant;

3.      December 1, 2025: Plaintiff's first set of interrogatories to Defendant;

4.      December 1, 2025: Plaintiff's first set of requests for production to Defendant;

5.      October 24, 2025: Defendant's Fed. R. Civ. P. 26(a)(1) initial disclosure;

6.      October 24, 2025: Defendant's response to Plaintiff's first set of interrogatories to Defendant;

Jackson Lewis P.C.
Las Vegas

7.    October 24, 2025: Defendant's response to Plaintiff's first set of requests for production to Defendant;

8.    November 14, 2025: Defendant's first set of interrogatories to Plaintiff;

9.    November 14, 2025: Defendant's first set of requests for production to Plaintiff; and

10.    December 15, 2025: Plaintiff's response to Defendant's first set of requests for production to Plaintiff.

11.    December 15, 2025: Plaintiff's response to Defendant's first set of interrogatories to Plaintiff.

**B.    Discovery Which Still Needs to Occur.**

The parties expect to complete the following discovery:

1.    Defendant's deposition of Plaintiff;

2.    Plaintiff's deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness; and

3.    any additional subpoenas, depositions, and written discovery as needed.

**C.    Reasons Why Discovery Has Not Been Completed.**

The parties have been working diligently to complete discovery. The parties are currently working on finalizing the topics for Defendant's Fed. R. Civ. P. 30(b)(6) deposition, which requires ongoing discussions on the scope of the deposition topics. Based on limited availability of the parties and their counsel, the parties are unable to finalize the topics and complete the remaining depositions before the current discovery cutoff. There is therefore good cause to extend discovery to accommodate the need to complete the remaining discovery.

**D.    Proposed Schedule for Completing Remaining Discovery.**

The parties propose a sixty-day extension of the following pre-trial deadlines:

1.    **Discovery Cut-Off Date:** The April 27, 2026, discovery cut-off date shall be extended to June 26, 2026.

2.    **Dispositive Motions:** The May 27, 2026, dispositive motions deadline shall be extended to July 26, 2026**,** which is thirty days after the extended discovery cutoff. However, the thirtieth day falls on Saturday, which is a non-judicial day.

Jackson Lewis P.C.
Las Vegas

2

Therefore, in accordance with Fed. R. Civ. P. 6(a)(1)(C), the deadline to file dispositive motions advances to the next judicial day, which is **July 27, 2026**.

3. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty days after the extended date set for the filing of the dispositive motions, which is **August 26, 2026**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dipositive motions or by further order of the Court.

Dated: April 6, 2026

KEMP & KEMP

/s/ James P. Kemp
James P. Kemp
Nevada Bar No. 6375
Victoria L. Neal
Nevada Bar No. 13382
7435 West Azure Drive, Suite 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiff*
*Yaritza Hernandez*

JACKSON LEWIS P.C.

*/s/ I-Che Lai*
Joshua A. Sliker
Nevada Bar No. 12493
I-Che Lai
Nevada Bar No. 12247
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*ARIA Resort & Casino, LLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  April 7, 2026