Joshua A. Sliker
Nevada Bar No. 12493
I-Che Lai
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant ARIA Resort & Casino, LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00725-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**<br><br> **(Third Request)** |

Pursuant to LR IA 6-1 and IA 6-2 and 26-3, Plaintiff Yaritza Hernandez and Defendant ARIA Resort & Casino, LLC, by and through their respective counsel of record, stipulate to extend discovery by thirty days. This is the third stipulation for extension of pre-trial deadlines. In support of this stipulation, the parties provide the following:

**A.    Discovery Completed to Date.**

To date, the parties have completed the following discovery:

1.    July 23, 2024: Plaintiffs' Fed. R. Civ. P. 26(a)(1) initial disclosure;

2.    September 2, 2025: Plaintiff's first set of requests for admission to Defendant;

3.    December 1, 2025: Plaintiff's first set of interrogatories to Defendant;

4.    December 1, 2025: Plaintiff's first set of requests for production to Defendant;

5.    October 24, 2025: Defendant's Fed. R. Civ. P. 26(a)(1) initial disclosure;

6.    October 24, 2025: Defendant's response to Plaintiff's first set of interrogatories to Defendant;

Jackson Lewis P.C.
Las Vegas

7. October 24, 2025: Defendant's response to Plaintiff's first set of requests for production to Defendant;

8. November 14, 2025: Defendant's first set of interrogatories to Plaintiff;

9. November 14, 2025: Defendant's first set of requests for production to Plaintiff; and

10. December 15, 2025: Plaintiff's response to Defendant's first set of requests for production to Plaintiff.

11. December 15, 2025: Plaintiff's response to Defendant's first set of interrogatories to Plaintiff.

**B.    Discovery Which Still Needs to Occur.**

The parties expect to complete the following discovery:

1. Defendant's deposition of Plaintiff;

2. Plaintiff's deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness; and

3. any additional subpoenas, depositions, and written discovery as needed.

**C.    Reasons Why Discovery Has Not Been Completed.**

Since the most recent stipulated extension, the parties have met and conferred on the topics for Defendant's Fed. R. Civ. P. 30(b)(6) deposition and on the deposition scheduling for Plaintiff and Defendant's Fed. R. Civ. P. 30(b)(6) designee. Plaintiff's counsel expects to be unavailable for most of June 2026 due to existing travel plans, and July 14 and 15, 2026, appear to be the earliest dates for Plaintiff's deposition and Defendant's Fed. R. Civ. P. 30(b)(6) deposition respectively. The current discovery cutoff date does not accommodate the deposition dates. There is therefore good cause to extend.

**D.    Proposed Schedule for Completing Remaining Discovery.**

The parties propose a thirty-day extension of the following pre-trial deadlines:

1. **Discovery Cut-Off Date:** The June 26, 2026, discovery cut-off date shall be extended to July 27, 2026.

Jackson Lewis P.C.
Las Vegas

2

2. **Dispositive Motions:** The July 27, 2026, dispositive motions deadline shall be extended to August 26, 2026**,** which is thirty days after the extended discovery cutoff.

3. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty days after the extended date set for the filing of the dispositive motions, which is S**eptember 25, 2026**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dipositive motions or by further order of the Court.

Dated: June 5, 2026

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ James P. Kemp | */s/ I-Che Lai* |
| James P. Kemp | Joshua A. Sliker |
| Nevada Bar No. 6375 | Nevada Bar No. 12493 |
| Victoria L. Neal | I-Che Lai |
| Nevada Bar No. 13382 | Nevada Bar No. 12247 |
| 7435 West Azure Drive, Suite 110 | 300 South Fourth Street, Suite 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Yaritza Hernandez* | *ARIA Resort & Casino, LLC* |

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  June 8, 2026